IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
v. : CRIMINAL NO: 18-249-MMB-4
:
JAMEEL HICKSON :

## ORDER

AND NOW, this 13th day of March, 2019, upon consideration of the Defendant's Motion to Join in all Motions Filed by Co-defendants, and the government's response thereto, it is **ORDERED** and that said Motion is ~~GRANTED and Defendant Jameel Hickson shall be deemed to have~~ Deny made all motions ~~filed by his co-defendants, unless he specifically declines to join~~ in certain motions.

BY THE COURT:

_____
THE HONORABLE MICHAEL M. BAYLSON
United States District Court Judge